VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, | Case No.: 3:25-cv-01338-AGS-MMP |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| SAMUELSON PROPERTIES, L.P.; and DOES 1-10, | |
| Defendants. | |

1       Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global

2  settlement has been reached in the above-captioned case and the parties would like

3  to avoid any additional expense and further the interests of judicial economy.

4  Plaintiff therefore applies to this Honorable Court to vacate all currently set dates

5  with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as

6  to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

7

8  Respectfully submitted,

9

10  DATED:  August 5, 2025                    VALENTI LAW APC

11

12                                    By:  */s/ Matt Valenti*

13                                    _____

14                                    Matt Valenti, Esq.
                                      Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28